# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KEVIN E. FIELDS,                                   CASE NO. 1:09-cv-01868-SMS PC

            Plaintiff,                          ORDER DENYING MOTION AS MOOT

    v.                                              (Doc. 13)

E. BENUELOS,

            Defendant.

_____/

     Plaintiff Kevin E. Fields, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 23, 2009.  On July 12, 2010, Plaintiff filed a motion requesting that his complaint be screened.  28 U.S.C. § 1915A.

     In an order issued concurrently with this order, the Court screened Plaintiff's complaint and found that it states a cognizable First Amendment claim against Defendant Benuelos for retaliation. In light of the issuance of the screening order, Plaintiff's motion requesting that his complaint be screened is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:    November 23, 2010**          _____/s/ Sandra M. Snyder_____
UNITED STATES MAGISTRATE JUDGE

1