# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>              Plaintiff,<br><br>        v.<br><br>E. BENUELOS,<br><br>              Defendant.<br>_____/ | CASE NO. CASE NO. 1:09-cv-01868-SKO PC<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE<br><br>(Doc. 26) |

Plaintiff Kevin E. Fields, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 23, 2009, and a scheduling order was issued on April 12, 2011. This action is currently in the discovery phase, and on June 7, 2011, Defendant Banuelos filed a motion seeking leave to depose Plaintiff by videoconference.[1] Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendant's motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:     June 8, 2011                              /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Banuelos was misidentified as Benuelos in the complaint.

1