1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, | CASE NO. 1:09-cv-01868-SKO PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO DOCKET OPPOSITION IN CASE NUMBER 1:07-CV-01213-AWI-JLT PC AND STRIKING OPPOSITION FROM RECORD IN THIS CASE |
| v. | |
| E. BENUELOS, | |
| Defendant. | (Doc. 29) |
| _____/ | |

This civil rights action is proceeding against Defendant Benuelos for retaliation, in violation of the First Amendment. 42 U.S.C. § 1983. On June 28, 2011, Plaintiff Kevin E. Fields filed an opposition to a motion to compel filed by Defendants Velasco and Phillips. The opposition is responsive to a discovery dispute pending in case number 1:07-cv-01213-AWI-JLT PC *Fields v. Velasco, et al.*

Accordingly, the Clerk's Office is DIRECTED to file the opposition in case number 1:07-cv-01213-AWI-JLT PC, and the opposition is STRICKEN from the record in this case.

IT IS SO ORDERED.

**Dated:    June 30, 2011**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

1