# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>           Plaintiff,<br><br>     v.<br><br>E. BANUELOS,<br><br>           Defendant.<br>_____/ | CASE NO. 1:09-cv-01868-SKO PC<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE RECORDS TO REFLECT CORRECT SPELLING OF DEFENDANT'S NAME |

Plaintiff Kevin E. Fields, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 23, 2009. Plaintiff incorrectly spelled Defendant's last name as Benuelos in his complaint.

The Clerk of the Court is HEREBY DIRECTED to correct court records to reflect the correct spelling: Banuelos.

IT IS SO ORDERED.

**Dated:   July 13, 2012**                        /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE