1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9 | KEVIN E. FIELDS,           CASE NO. 1:09-cv-01868-SKO PC

10          Plaintiff,        ORDER PERMITTING PLAINTIFF
OPPORTUNITY TO WITHDRAW
11    v.                  OPPOSITION AND FILE AMENDED
OPPOSITION IN LIGHT OF SEPARATELY-
12 E. BANUELOS,           ISSUED SUMMARY JUDGMENT NOTICE

13          Defendant.       (Docs. 42-44)

14                            THIRTY-DAY DEADLINE

15 _____/

16       Plaintiff Kevin E. Fields, a state prisoner proceeding pro se and in forma pauperis, filed this

17 civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendant

18 Banuelos for retaliation, in violation of the First Amendment.

19       On September 15, 2011, Defendant filed a motion for summary judgment.  Plaintiff filed an

20 opposition on January 23, 2012, Defendant filed a reply on February 10, 2012, and the motion was

21 submitted under Local Rule 230(l).

22       However, in light of the recent decision in <u>Woods v. Carey</u>, Nos. 09-15548, 09-16113, 2012

23 WL 2626912, at *5 (9th Cir. Jul. 6, 2012), Plaintiff must be provided with "fair notice" of the

24 requirements for opposing a motion for summary judgment at the time the motion is brought and the

25 notice given in this case some nine months prior does not suffice.  In bringing his motion, Defendant

26 included a statement that Plaintiff's obligations in opposing the motion were set forth in the Court's

27 second informational order, but that, too, does not suffice.  <u>Id.</u>

28 ///

By separate order issued concurrently with this order, the Court provided the requisite notice. The Court will not consider multiple oppositions, however, and Plaintiff has two options upon receipt of the notice and this order. Plaintiff may either (1) stand on his previously-filed opposition or (2) withdraw it and file an amended opposition.[1]

Accordingly, it is HEREBY ORDERED that:

1.      Plaintiff may, within **thirty (30) days** from the date of service of this order, withdraw his opposition and file an amended opposition;

2.      If Plaintiff does not file an amended opposition in response to this order, his existing opposition will be considered in resolving Defendant's motion for summary judgment; and

3.      If Plaintiff elects to file an amended opposition, Defendant's existing reply will not be considered and he may file an amended reply pursuant to Local Rule 230(l).

IT IS SO ORDERED.

**Dated:    July 13, 2012**                      _____/s/ Sheila K. Oberto_____
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes the comprehensive nature of Plaintiff's existing opposition, but its adequacy is apparently irrelevant. Plaintiff is entitled to an opportunity to file an amended opposition following "fair notice" to him of the requirements for opposing a summary judgment motion. Woods, 2012 WL 2626912, at *5.