# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>            Plaintiff,<br><br>    v.<br><br>E. BANUELOS,<br><br>            Defendant.<br>_____/ | CASE NO. 1:09-cv-01868-SKO PC<br><br>ORDER PERMITTING PLAINTIFF OPPORTUNITY TO WITHDRAW OPPOSITION AND FILE AMENDED OPPOSITION IN LIGHT OF SEPARATELY-ISSUED SUMMARY JUDGMENT NOTICE<br><br>(Docs. 42-44)<br><br>THIRTY-DAY DEADLINE |

      Plaintiff Kevin E. Fields, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant Banuelos for retaliation, in violation of the First Amendment.

      On September 15, 2011, Defendant filed a motion for summary judgment. Plaintiff filed an opposition on January 23, 2012, Defendant filed a reply on February 10, 2012, and the motion was submitted under Local Rule 230(l).

      However, in light of the recent decision in Woods v. Carey, Nos. 09-15548, 09-16113, 2012 WL 2626912, at *5 (9th Cir. Jul. 6, 2012), Plaintiff must be provided with "fair notice" of the requirements for opposing a motion for summary judgment at the time the motion is brought and the notice given in this case some nine months prior does not suffice. In bringing his motion, Defendant included a statement that Plaintiff's obligations in opposing the motion were set forth in the Court's second informational order, but that, too, does not suffice. Id.

///

1

By separate order issued concurrently with this order, the Court provided the requisite notice. The Court will not consider multiple oppositions, however, and Plaintiff has two options upon receipt of the notice and this order. Plaintiff may either (1) stand on his previously-filed opposition or (2) withdraw it and file an amended opposition.[1]

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff may, within **thirty (30) days** from the date of service of this order, withdraw his opposition and file an amended opposition;

2. If Plaintiff does not file an amended opposition in response to this order, his existing opposition will be considered in resolving Defendant's motion for summary judgment; and

3. If Plaintiff elects to file an amended opposition, Defendant's existing reply will not be considered and he may file an amended reply pursuant to Local Rule 230(l).

IT IS SO ORDERED.

**Dated:   July 13, 2012**                    /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes the comprehensive nature of Plaintiff's existing opposition, but its adequacy is apparently irrelevant. Plaintiff is entitled to an opportunity to file an amended opposition following "fair notice" to him of the requirements for opposing a summary judgment motion. Woods, 2012 WL 2626912, at *5.